# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, AND COMMONWEALTH OF VIRGINIA, *Plaintiffs*, v. NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, *Defendant*. | No. 3:24-cv-33 |

## PLAINTIFFS' COMBINED MOTION FOR A TEMPORARY RESTRAINING ORDER AND A PRELIMINARY INJUNCTION

The State of Tennessee and Commonwealth of Virginia move for a temporary restraining order and a preliminary injunction under Federal Rule of Civil Procedure 65 enjoining the National Collegiate Athletic Association; its servants, agents, and employees; and all persons in active concert or participation with them, from enforcing its NIL-recruiting ban or taking any other action to prevent prospective college athletes and transfer candidates from engaging in NIL discussions prior to enrollment. For this Court's injunctive relief to be effective, the NCAA also must be enjoined from enforcing its Rule of Restitution (NCAA Bylaw 12.11.4.2) as applied to the NIL-recruiting ban. As explained in Plaintiffs' accompanying memorandum, Plaintiffs satisfy each requirement for the issuance of injunctive relief in this case. Because time is of the essence, Plaintiffs' request that a temporary restraining order issue by **Tuesday, February 6**—the day before the Division I football regular signing period opens.

Finally, Plaintiffs request that this Court exercise its discretion to waive the security requirement of Federal Rule of Civil Procedure 65(c).

Respectfully submitted,

Dated: January 31, 2024

/s/ Cameron T. Norris

Adam K. Mortara
LAWFAIR LLC
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Thomas R. McCarthy*
Cameron T. Norris
David L. Rosenthal*
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
tom@consovoymccarthy.com
cam@consovoymccarthy.com
david@consovoymccarthy.com

Patrick Strawbridge*
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Plaintiffs*

**pro hac vice* application forthcoming*

JONATHAN SKRMETTI
ATTORNEY GENERAL OF TENNESSEE

LACEY E. MASE
Chief Deputy Attorney General

J. DAVID MCDOWELL
Deputy, Consumer Protection Division
ETHAN BOWERS
Senior Assistant Attorney General
TYLER T. CORCORAN
MARILYN GUIRGUIS
Assistant Attorneys General

Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-8722
Ethan.Bowers@ag.tn.gov
Tyler.Corcoran@ag.tn.gov
Marilyn.Guirguis@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

JASON S. MIYARES
ATTORNEY GENERAL OF VIRGINIA

ANDREW N. FERGUSON
Solicitor General

STEVEN G. POPPS
Deputy Attorney General, Civil Division

/s/ Tyler T. Henry
TYLER T. HENRY*
Assistant Attorney General & Manager, Antitrust Unit

/s/ Jonathan M. Harrison II
JONATHAN M. HARRISON II*
Assistant Attorney General
Consumer Protection Section

*Counsel for Plaintiff Commonwealth of Virginia*

## CERTIFICATE OF SERVICE

I certify that on January 31, 2024, Plaintiffs' counsel mailed a copy of the foregoing Motion, Memorandum in Support, and Supporting Exhibits to Defendant at the following address:

National Collegiate Athletic Association
Attn: Scott Bearby, Senior Vice President of Legal Affairs and General Counsel
1802 Alonzo Watford Senior Dr.
Indianapolis, IN 46202
Email copy to: sbearby@ncaa.org

                                              */s/ Cameron T. Norris*
                                              Cameron T. Norris