# Exhibit G



# NLI Signing Dates

## Prospective Student-Athletes Signing 2023-24 and Enrolling 2024-25

| Sport (s) | Initial Signing Date | Final Signing Date |
| --- | --- | --- |
| Division I Basketball (Early Period) | November 8, 2023 | November 15, 2023 |
| Division I Basketball (Regular Period) | April 17, 2024 | May 15, 2024 |
| Division I Football (Early Period) | December 20, 2023 | December 22, 2023 |
| Division I and II Football (Midyear JC Transfer) | December 20, 2023 | January 15, 2024 |
| Division I and II Football (Regular Period) | February 7, 2024 | Division I: April 1, 2024<br>Division II: August 1, 2024 |
| All Other Division I and II Sports | November 8, 2023 | August 1, 2024 |

# RESOURCES



Quick Reference Guide to the NLI
Football Early Signing Q & A
NCAA Recruiting
Boosters Guide to the NLI
Life of your NLI
NLI Guide for College Hockey
Administrative Guidelines

 Helpful Websites:
NCAA
NCAA Eligibility Center
NLI Member Schools

 Twitter Tips