# Exhibit J

NCAA.org

Our Three Divisions

# OUR THREE DIVISIONS

The NCAA's three divisions were created in 1973 to align like-minded campuses in the areas of philosophy, competition and opportunity.

| DIVISION I | DIVISION II | DIVISION III |
|---|---|---|

### SCHOOLS

| 350 | 310 | 438 |
|---|---|---|
| 19% | 17% | 22% |

*Numbers do not include provisional or reclassifying schools.

### MEDIAN UNDERGRADUATE ENROLLMENT

| 8,960 | 2,428 | 1,740 |
|---|---|---|

### STUDENTS WHO ARE ATHLETES





Case 3:24-cv-00033-DCLC-JEM    Document 2-12    Filed 01/31/24    Page 2 of 4    PageID #: 606



| 1 IN 23 | 1 IN 10 | 1 IN 6 |
|---|---|---|

PERCENTAGE OF STUDENT-ATHLETES IN DIVISION

| 22% | 25% | 22% |
|---|---|---|

ATHLETICS SCHOLARSHIPS

| **Multiyear, cost-of-attendance athletics scholarships available** 57 percent of athletes receive athletics aid | **Partial athletics scholarship** 60 percent of athletes receive athletics aid | **No athletics scholarships** 80 percent of athletes receive non-athletics aid |
|---|---|---|

## WHAT ARE THE ELIGIBILITY REQUIREMENTS IN EACH DIVISION?

College-bound students who want to compete at a Division I or Division II school must meet standards set by NCAA members. For Division III, athletes must meet the admissions standards set by the school. Eligibility standards can be found **here**.

## HOW IS EACH DIVISION GOVERNED?

NCAA schools develop and approve legislation for their own division. Groups of presidents and chancellors lead each division in the form of committees with regularly scheduled meetings.

## DID YOU KNOW?







**Division I** student-athletes graduate at a higher rate than the general student body.

**Division II** is the only division with schools in Alaska, Puerto Rico and Canada.

**Division III's** largest school has 25,725 undergraduates. The smallest? 285.

<>[What is the NCAA](#)    |    [Download this Page](#)    |    [How We Support College Athletes](#) >

Copyright © 2024 NCAA.org

Case 3:24-cv-00033-DCLC-JEM   Document 2-12   Filed 01/31/24   Page 4 of 4   PageID #: 608