# Exhibit K

**NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

**CONSOLIDATED FINANCIAL STATEMENTS**
August 31, 2022 and 2021

CONSOLIDATED FINANCIAL STATEMENTS
August 31, 2022 and 2021

CONTENTS

INDEPENDENT AUDITOR'S REPORT ................................................................................................... 1

FINANCIAL STATEMENTS

    CONSOLIDATED STATEMENTS OF FINANCIAL POSITION ......................................................... 3

    CONSOLIDATED STATEMENTS OF ACTIVITIES ........................................................................ 4

    CONSOLIDATED STATEMENTS OF CASH FLOWS ...................................................................... 6

    NOTES TO CONSOLIDATED FINANCIAL STATEMENTS ............................................................ 7

SUPPLEMENTARY INFORMATION

    CONSOLIDATING SCHEDULE OF ACTIVITIES ........................................................................... 24



Crowe LLP
Independent Member Crowe Global

INDEPENDENT AUDITOR'S REPORT

The Board of Governors
National Collegiate Athletic Association
Indianapolis, Indiana

**Report on the Audit of the Financial Statements**

*Opinion*

We have audited the consolidated financial statements of National Collegiate Athletic Association ("the NCAA"), which comprise the consolidated statements of financial position as of August 30, 2022 and 2021, and the related consolidated statements of activities, and cash flows for the years then ended, and the related notes to the consolidated financial statements.

In our opinion, the accompanying consolidated financial statements present fairly, in all material respects, the financial position of the NCAA as of August 31, 2022 and 2021, and the changes in its net assets and its cash flows for the years then ended in accordance with accounting principles generally accepted in the United States of America.

*Basis for Opinion*

We conducted our audits in accordance with auditing standards generally accepted in the United States of America (GAAS). Our responsibilities under those standards are further described in the Auditor's Responsibilities for the Audit of the Financial Statements section of our report. We are required to be independent of the NCAA and to meet our other ethical responsibilities, in accordance with the relevant ethical requirements relating to our audits. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our audit opinion.

*Responsibilities of Management for the Financial Statements*

Management is responsible for the preparation and fair presentation of the consolidated financial statements in accordance with accounting principles generally accepted in the United States of America, and for the design, implementation, and maintenance of internal control relevant to the preparation and fair presentation of consolidated financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the consolidated financial statements, management is required to evaluate whether there are conditions or events, considered in the aggregate, that raise substantial doubt about the NCAA's ability to continue as a going concern for one year from the date the consolidated financial statements are available to be issued.

(Continued)

***Auditor's Responsibilities for the Audit of the Financial Statements***

Our objectives are to obtain reasonable assurance about whether the consolidated financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not absolute assurance and therefore is not a guarantee that an audit conducted in accordance with GAAS will always detect a material misstatement when it exists. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control. Misstatements are considered material if there is a substantial likelihood that, individually or in the aggregate, they would influence the judgment made by a reasonable user based on the consolidated financial statements.

In performing an audit in accordance with GAAS, we:

- Exercise professional judgment and maintain professional skepticism throughout the audit.

- Identify and assess the risks of material misstatement of the consolidated financial statements, whether due to fraud or error, and design and perform audit procedures responsive to those risks. Such procedures include examining, on a test basis, evidence regarding the amounts and disclosures in the consolidated financial statements.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the NCAA's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of significant accounting estimates made by management, as well as evaluate the overall presentation of the consolidated financial statements.

- Conclude whether, in our judgment, there are conditions or events, considered in the aggregate, that raise substantial doubt about the NCAA's ability to continue as a going concern for a reasonable period of time.

We are required to communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit, significant audit findings, and certain internal control–related matters that we identified during the audit.

***Supplementary Information***

Our audits were conducted for the purpose of forming an opinion on the consolidated financial statements as a whole. The 2022 consolidating schedule of activities is presented for purposes of additional analysis of the consolidated financial statements rather than to present the financial position, results of operations, and cash flows of the individual entities, and is not a required part of the consolidated financial statements. Such information is the responsibility of management and was derived from and relates directly to the underlying accounting and other records used to prepare the 2022 consolidated financial statements. The consolidating information has been subjected to the auditing procedures applied in the audits of the 2022 consolidated financial statements and certain additional procedures, including comparing and reconciling such information directly to the underlying accounting and other records used to prepare the 2022 consolidated financial statements or to the 2022 consolidated financial statements themselves, and other additional procedures in accordance with auditing standards generally accepted in the United States of America. In our opinion, the information is fairly stated, in all material respects, in relation to the 2022 consolidated financial statements as a whole.

*Crowe LLP*

Crowe LLP

Indianapolis, Indiana
December 12, 2022

2.

# NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
## CONSOLIDATED STATEMENTS OF FINANCIAL POSITION
### August 31, 2022 and 2021

|  | 2022 | 2021 |
|---|---|---|
| **ASSETS** | | |
| Cash and cash equivalents | $ 44,093,592 | $ 21,169,313 |
| Prepaid expenses | 6,435,216 | 8,566,325 |
| Accounts receivable, net | 32,339,066 | 31,438,149 |
| Investments | 653,343,995 | 663,965,787 |
| Goodwill | 4,200,000 | 4,900,000 |
| Intangible assets, net | 390,000 | 520,000 |
| Properties, net | 40,072,403 | 40,021,732 |
| Other assets | 4,125,388 | 2,408,966 |
| Total | $ 784,999,660 | $ 772,990,272 |
| **LIABILITIES AND NET ASSETS** | | |
| LIABILITIES | | |
| Accounts payable and accrued liabilities | $ 250,178,833 | $ 191,758,254 |
| Deferred revenue and deposits | 72,185,311 | 58,481,533 |
| Bonds payable, net | 5,013,879 | 6,566,584 |
| Total liabilities | 327,378,023 | 256,806,371 |
| NET ASSETS | | |
| Without donor restrictions | $ 457,471,637 | $ 516,033,901 |
| With donor restrictions | 150,000 | 150,000 |
| Total net assets | 457,621,637 | 516,183,901 |
| Total | $ 784,999,660 | $ 772,990,272 |

See notes to consolidated financial statements.

3.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
CONSOLIDATED STATEMENT OF ACTIVITIES
For the year ended August 31, 2022

| | Without Donor Restrictions | With Donor Restrictions | Total |
|---|---|---|---|
| **REVENUE** | | | |
| Television and marketing rights fees | $ 939,983,703 | $ - | $ 939,983,703 |
| Championships and NIT tournaments | 198,664,930 | - | 198,664,930 |
| Investment loss, net | (72,347,636) | - | (72,347,636) |
| Sales, services, and other | 49,686,627 | - | 49,686,627 |
| Loss of revenue insurance | 17,175,624 | - | 17,175,624 |
| Contributions – facilities | 3,372,972 | - | 3,372,972 |
| Total revenue | 1,136,536,220 | - | 1,136,536,220 |
| | | | |
| **RECLASSIFICATIONS** | | | |
| Without donor restrictions resources used for program services | - | - | - |
| Total reclassifications | - | - | - |
| | | | |
| **EXPENSES** | | | |
| Distribution to Division I members | 657,022,890 | - | 657,022,890 |
| Division I championships, programs, and NIT tournaments | 170,959,769 | - | 170,959,769 |
| Division II championships, distribution, and programs | 52,031,320 | - | 52,031,320 |
| Division III championships and programs | 34,662,258 | - | 34,662,258 |
| Association-wide programs | 237,619,198 | - | 237,619,198 |
| Management and general | 42,803,049 | - | 42,803,049 |
| Total expenses | 1,195,098,484 | - | 1,195,098,484 |
| | | | |
| Change in net assets | (58,562,264) | - | (58,562,264) |
| | | | |
| **Net assets at the beginning of year** | 516,033,901 | 150,000 | 516,183,901 |
| | | | |
| **Net assets at end of year** | $ 457,471,637 | $ 150,000 | $ 457,621,637 |

See notes to consolidated financial statements.

4.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
CONSOLIDATED STATEMENT OF ACTIVITIES
For the year ended August 31, 2021

| | Without Donor Restrictions | With Donor Restrictions | Total |
|---|---|---|---|
| **REVENUE** | | | |
| Television and marketing rights fees | $ 915,780,246 | $ - | $ 915,780,246 |
| Championships and NIT tournaments | 61,048,913 | - | 61,048,913 |
| Investment income, net | 60,913,175 | - | 60,913,175 |
| Sales, services, and other | 32,916,222 | - | 32,916,222 |
| Loss of revenue insurance | 81,048,000 | - | 81,048,000 |
| Contributions – facilities | 3,296,748 | - | 3,296,748 |
| Total revenue | 1,155,003,304 | - | 1,155,003,304 |
| | | | |
| **RECLASSIFICATIONS** | | | |
| Without donor restrictions resources used for program services | 949,798 | (949,798) | - |
| Total reclassifications | 949,798 | (949,798) | - |
| | | | |
| **EXPENSES** | | | |
| Distribution to Division I members | 613,354,582 | - | 613,354,582 |
| Division I championships, programs, and NIT tournaments | 169,216,306 | - | 169,216,306 |
| Division II championships, distribution, and programs | 40,432,889 | - | 40,432,889 |
| Division III championships and programs | 23,208,894 | - | 23,208,894 |
| Association-wide programs | 143,740,286 | - | 143,740,286 |
| Management and general | 43,210,998 | - | 43,210,998 |
| Total expenses | 1,033,163,955 | - | 1,033,163,955 |
| Change in net assets | 122,789,147 | (949,798) | 121,839,349 |
| **Net assets at the beginning of year** | 393,244,754 | 1,099,798 | 394,344,552 |
| **Net assets at end of year** | $ 516,033,901 | $ 150,000 | $ 516,183,901 |

See notes to consolidated financial statements.

5.

Case 3:24-cv-00033-DCLC-JEM   Document 2-13   Filed 01/31/24   Page 8 of 28   PageID #: 616

|  | 2022 | 2021 |
|---|---|---|
| **Cash flows from operating activities:** | | |
| Change in net assets | $ (58,562,264) | $ 121,839,349 |
| Adjustments to reconcile change in net assets to net cash used in operating activities | | |
| Depreciation and amortization | 6,321,412 | 5,632,622 |
| Amortization of bond premium | (192,705) | (192,705) |
| Unrealized loss (gain) on investments | 90,512,392 | (43,498,836) |
| Realized (gain) on investments | (1,402,150) | (9,565,192) |
| Loss on disposal of properties | 87,615 | 13,791 |
| Changes in assets and liabilities: | | |
| Receivables | (900,917) | (3,101,503) |
| Prepaid expenses | 2,131,109 | 2,220,012 |
| Other assets | (1,716,422) | (405,835) |
| Accounts payable and accrued liabilities | 58,976,112 | (59,460,263) |
| Deferred revenue and deposits | 13,703,778 | 8,768,389 |
| Net cash from operating activities | 108,957,960 | 22,249,829 |
| **Cash flows from investing activities**: | | |
| Purchases of capital assets | (5,629,698) | (1,963,748) |
| Purchases of investments | (234,405,615) | (610,462,012) |
| Proceeds from sales of investments | 155,361,632 | 588,693,040 |
| Net cash (used by) investing activities | (84,673,681) | (23,732,720) |
| **Cash flows from financing activities** | | |
| Principal payments on bonds payable | (1,360,000) | (1,305,000) |
| Net cash (used by) financing activities | (1,360,000) | (1,305,000) |
| **Net increase (decrease) in cash and cash equivalents**: | 22,924,279 | (2,787,891) |
| Beginning of year | 21,169,313 | 23,957,204 |
| End of year | $ 44,093,592 | $ 21,169,313 |
| SUPPLEMENTAL CASH FLOW INFORMATION | | |
| Cash paid for interest | $ 293,000 | $ 345,200 |
| NONCASH TRANSACTIONS | | |
| Purchases of property, plant, and equipment accrued in accounts payable at the end of the year | - | - |

See notes to consolidated financial statements.

6.

## NOTE 1 - THE ASSOCIATION

The National Collegiate Athletic Association (NCAA or the "Association") is an unincorporated not-for-profit educational organization founded in 1906. The NCAA is the organization through which colleges and universities of the nation speak and act on athletic matters at the national level. It is a voluntary association of more than 1,200 institutions, conferences, and organizations devoted to the sound administration of intercollegiate athletics in all its phases. NCAA members consider athletics issues that cross regional or conference boundaries. The NCAA strives for integrity in intercollegiate athletics and serves as the colleges' national athletics governing agency. One of the core values of the NCAA is to maintain intercollegiate athletics as an integral part of the educational program and the athlete as an integral part of the student body.

The NCAA operates through a governance structure which empowers each division to guide and enhance their ongoing division-specific activities. In Division I, the legislative system is based on conference representation and a Division I Board of Directors that approves legislation. The Divisions II and III boards are known as the Division II Presidents Council and Division III Presidents Council, respectively. However, legislation in Divisions II and III is considered through a one-school, one-vote process at the NCAA Annual Convention.

The governance structure also includes a NCAA Board of Governors that oversee association-wide issues. The NCAA Board of Governors is composed of nine members, four from Division I (at least one school president and one conference commissioner), one from the Division II Presidents Council, one from the Division III Presidents Council, two independent members and one graduated student-athlete (alternating every two years among the three divisions). The NCAA Board of Governors oversees the Association's finances, legal affairs, and the hiring and evaluation of the Association's President.

On August 1, 2022, a new NCAA constitution went into effect. The new constitution allows the Association to more effectively meet the needs of current and future college athletes. The new constitution reduces the size of the NCAA Board of Governors from 21 to nine while maintaining Divisional and independent representation on the Board of Governors. It also maintains existing revenue allocations and championship opportunities for each division, and each division will have oversight of its own budget, expenditures and financial distribution to its members.

The NCAA is also comprised of the following entities:

- NIT, LLC, the entity that administers the Postseason NIT collegiate basketball event.

- College Football Officiating, LLC, which pursues the development and maintenance of a national Division I college football officiating program.

- 1910 Collective, LLC, the NCAA's captive insurance company.

## NOTE 2 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

<u>Basis of Presentation</u>: The accompanying consolidated financial statements have been prepared in conformity with accounting principles generally accepted in the United States of America ("GAAP"). The financial results of the NCAA and the entities described in Note 1 are included in the consolidated financial statements. All intercompany balances and transactions have been eliminated in consolidation.

The classification of the NCAA's net assets and its revenues, expenses, gains, and losses is based on the existence or absence of donor-imposed restrictions. Net assets are grouped into the following two categories:

Net Assets Without Donor Restrictions **-** Net assets that are not subject to donor-imposed stipulations. Net assets without donor restrictions may be designated for specific purposes by action of the Board of Governors.

Net Assets With Donor Restrictions **-** Net assets whose use by the NCAA is subject to donor-imposed stipulations. These restrictions can be temporary in nature and fulfilled by actions of the NCAA or that expire by the passage of time. Other restrictions may be perpetual in nature.

Accounts Receivable: Accounts receivable are amounts due to the NCAA from championships and various contractual rights fees, as well as provisional insurance recoveries related to legal settlements. Accounts receivable are shown net of any allowance for uncollectible amounts.

Investments: Investments include debt and equity securities and U.S. government obligations having a maturity of more than three months, or intended to be held more than three months, and shares in mutual funds. Publicly traded investments are stated at fair value based on quoted market prices. Traditional fixed income securities are valued based on pricing services which consider readily observable inputs such as the yield or price of bonds of comparable quality, coupon, maturity and type. Pooled equity and debt investments that are not publicly traded are stated at net asset value, as a practical expedient to fair value.

Goodwill and Intangible Assets: The NCAA amortizes its goodwill over a period of 10 years. No impairment was recorded during the fiscal years ended August 31, 2022 and 2021.

Properties: Properties are recorded at cost. Maintenance and repairs are expensed in the year incurred. Expenditures that result in betterment or extensions of the useful lives of assets and exceed $5,000 are capitalized and depreciated over the remaining lives of such assets. Depreciation expense is computed using the straight-line method over the estimated useful lives of the assets. Leasehold improvements are capitalized and amortized over the lesser of their estimated lives or the life of the related lease.

The NCAA identifies and records impairment losses on properties whenever events or changes in circumstances indicate the carrying amount of such assets may not be recoverable. In accordance with GAAP, recoverability of those assets is determined by comparing the forecasted undiscounted cash flows attributable to such assets over their remaining useful lives to their carrying value. If the carrying value of the assets exceeds the forecasted undiscounted cash flows, then the assets are written down to their fair value. Fair value is determined based on discounted cash flows or appraisal values, depending upon the nature of the assets. No impairment was recorded during the fiscal years ended August 31, 2022 and 2021.

Cable Television Royalties Payable: The NCAA has represented the interests of the membership before the Copyright Royalty Tribunal Board (the "Tribunal") regarding rights fees for cable television broadcasts of collegiate sporting events since 1978. The NCAA acts as the collection agent for any cable television broadcast fees that relate directly to a NCAA member's submissions or the NCAA. As a result, a liability is recorded for fees received from the Tribunal that will ultimately be disbursed to members. Although claims are filed each year for the previous calendar year, royalties are distributed to claimants only when any and all controversies are resolved with the claimants. Accounts payable and accrued liabilities include $0 of cable television royalties payable as of August 31, 2022 and 2021.

Several years may pass before the copyright office determines through administrative proceedings among the claimants that an allocation should be distributed. For the fiscal year ended August 31, 2022, $1,986,304 was distributed for royalties related to 2014, 2017, and 2019. For the fiscal year ended August 31, 2021, $8,148,079 was distributed for royalties related to 2010, 2011, 2012, 2013, and 2018.

Unpaid Losses and Loss Adjustment Expenses: Through its subsidiary, 1910 Collective, LLC, the NCAA records a liability for unpaid losses and loss adjustment expenses for amounts of incurred but not reported losses (IBNR). The IBNR is calculated based upon actuarial loss projections using a combination of historical loss experience and industry data. In establishing the liability for unpaid losses and loss adjustment expenses, the NCAA utilizes the findings of an independent consulting actuary. Management

8.

believes that its aggregate liability for unpaid losses and loss adjustment expenses at year end represents its best estimate, based upon the available data, of the amount necessary to cover the ultimate cost of losses; however, because of the nature of the risks insured, actual loss experience may not conform to the assumptions used in determining the estimated amounts for such liability at the balance sheet dates.

Revenue Recognition:

*Television and radio rights* – The NCAA enters into contracts with broadcasters for the right to broadcast NCAA championship games. The NCAA's performance obligation is to host these games and the performance obligation is met once the championship is complete. The NCAA receives payments throughout the fiscal year for that fiscal year's championships. A portion of the contract payments are received in advance for the related championship and is recognized as deferred revenue. Any payments received in advance which are not earned are accrued as a liability.

*Royalties and promotion rights* - The NCAA enters into contracts with third-parties to license NCAA branded content, goods, and merchandise. The NCAA's performance obligation is to provide the NCAA brands to these licensees. The performance obligation is met throughout the fiscal year when these licenses are provided. The NCAA receives payments throughout the fiscal year for that fiscal year's license rights. There are no contract assets or deferred revenue associated with this revenue stream.

*Championship and NIT tournaments* - The NCAA sells tickets to NCAA championship events. The performance obligation is to host these events for the ticketholders and the performance obligation is met once the championship is complete. Payment is due when the ticket order is received. A portion of the championship and NIT tournament revenue is received in advance of the related championship and is recognized as deferred revenue.

Amounts collected for third-parties in the ticket price, such as ticket taxes, venue fees, and ticket processing fees, are recorded as a reduction in ticket revenue.

*Eligibility center certifications* - The NCAA Eligibility Center certifies prospective student-athletes to participate in NCAA Division I and Division II college sports. There is a fee charged to register with the NCAA Eligibility Center and it is collected at registration. The performance obligation is to provide a certification to the prospective student-athletes. This performance obligation is met over time from when the prospective student-athlete registers until when the prospective student-athlete enrolls in college or university. Due to the timing of registration and enrollment, there may be deferred revenue for the remaining performance obligation.

*Membership dues* – The NCAA members pay annual membership dues to be a member of the NCAA. The performance obligation is to provide membership services to these members during the fiscal year and this performance obligation is met throughout the fiscal year. Membership dues are billed prior to the fiscal year in which they relate, which the NCAA recognizes as deferred revenue.

The NCAA generally does not offer returns, refunds, or warranties on contracts.

Insurance Recoveries: Amounts recovered from insurance carriers for contingencies are recorded in Sales, services, and other and are recognized when realization of the claim for recovery is deemed probable, which is generally when an agreement has been reached with the insurance carrier. During the fiscal years ending August 31, 2022 and 2021, the NCAA received and recognized $17,175,624 and $81,048,000, respectively, in loss of revenue insurance related to reduced ticket sales and additional costs for COVID-19 precautions.

Distribution of Revenues: In August 1990, the NCAA Board of Governors (formerly the Executive Committee) approved a plan to distribute revenues to member institutions for the year ended August 31, 1991, and each year thereafter. Dollar amounts for each fund are approved annually by the NCAA Board of Governors as part of the Association-wide budget. The Board of Governors may establish or otherwise change distributions from time to time.

For active Division I members, the plan consists of:

- A Basketball Performance Fund distribution based on historical performance in the Division I Men's Basketball Championship,

- An Equal Conference Fund distribution for active Division I basketball playing conferences,

- Broad-Based distributions based on Division I sports sponsorship and grants-in-aid,

- A Conference Grant distribution, and

- Student Assistance Fund, Academic Enhancement Fund, and Academic Performance Fund distributions for current Division I student-athletes to be used for academic and other needs.

For Division II members, the plan consists of sports sponsorship and an equal distribution among all active Division II members.

Association-Wide Program Expenses: Association-wide program expenses include student-athlete programs, membership education programs, promotion, legal, and governance committee expenses.

Related-Party Transactions: The NCAA is comprised of over 1,200 members. The NCAA charges and collects dues from members. Additionally, Division I and II members receive annual distributions.

Income Taxes: The NCAA is exempt from federal income taxes under the provisions of Section 501(c)(3) of the Internal Revenue Code. Income tax expense is provided for unrelated business income, if any. With a few exceptions, the NCAA is no longer subject to U.S. federal examinations by tax authorities for years before 2019.

GAAP prescribes a recognition threshold and measurement attribute for the financial statement recognition and measurement of a tax position taken or expected to be taken in a tax return, and provides guidance on derecognition, classification, interest and penalties, disclosure, and transition. Management asserts that no such uncertain tax positions exist for the NCAA at August 31, 2022 or 2021.

Estimates: The preparation of consolidated financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, and the disclosure of contingent assets and liabilities as of the date of the consolidated financial statements, and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

Subsequent Events: The NCAA has evaluated its subsequent events through December 12, 2022, the date the consolidated financial statements were issued.


**NOTE 3 - CASH AND CASH EQUIVALENTS**

Short-term investments with an original maturity of less than three months are reported as cash equivalents. Cash and cash equivalents include designated cash of $1,233,473 and $1,423,426 as of August 31, 2022 and 2021, respectively. Designated cash consists of compensating balances on deposit with banks for certain NCAA employee benefit plans, the Exceptional Student-Athlete Disability Insurance Program, and certain other balances. Money market funds managed by outside investment managers are included in investments.

**NOTE 4 - FAIR VALUE MEASUREMENTS OF FINANCIAL ASSETS**

ASC 820, *Fair Value Measurements*, establishes a framework for measuring fair value, which provides fair value hierarchy that prioritizes the inputs to valuation techniques used to measure fair value. The hierarchy gives the highest priority to unadjusted quoted prices in active markets for identical assets or liabilities (Level 1 measurement) and the lowest priority to unobservable inputs (Level 3 measurements). The three levels of the fair value hierarchy are described below:

Level 1 - Assets or liabilities that are valued based on unadjusted quoted prices in active markets that are accessible at measurement date.

Level 2 - Assets or liabilities that are valued based on inputs other than quoted prices that are observable, including quoted prices for similar assets or liabilities and other pricing models (which use observable inputs).

Level 3 - Assets or liabilities that are valued based on unobservable inputs, including the reporting entity's own analysis of the underlying economic data that market participants would factor into the pricing of the asset or liability.

The asset's or liability's fair value measurement level within the fair value hierarchy is based on the lowest level of any input that is significant to the fair value measurement. Valuation techniques used maximize the use of observable inputs and minimize the use of unobservable inputs.

The NCAA measured the fair value of the investments as of August 31, 2022 and 2021, as follows:

| | 2022 | | |
| --- | --- | --- | --- |
| | Level 1 | Level 2 | Total |
| Money market funds | $ 110,639,335 | $ - | $ 110,639,335 |
| U.S. equity mutual funds | 500,352 | - | 500,352 |
| Non-U.S. equity mutual funds | 31,637 | - | 31,637 |
| Global equity mutual funds | 76,943,720 | - | 76,943,720 |
| Lifecycle retirement mutual funds | 1,422,610 | - | 1,422,610 |
| Traditional fixed income | | | |
| Government agency securities in U.S. | - | 53,752,369 | 53,752,369 |
| U. S. corporate securities | 11,209 | 39,229,167 | 39,240,376 |
| U.S. diverse mutual funds | 55,603,516 | - | 55,603,516 |
| Global corporate mutual funds | 37,171,064 | - | 37,171,064 |
| Unconstrained fixed income: | | | |
| Global diverse mutual funds | 28,444,512 | - | 28,444,512 |
| U.S. government mutual funds | 29,155,738 | - | 29,155,738 |
| Subtotal | $ 339,923,693 | $ 92,981,536 | 432,905,229 |
| Investments measured at net asset value [1] | | | |
| U.S. equity index funds | | | 80,457,275 |
| Non-U.S. equity mutual funds | | | 79,722,250 |
| Opportunistic strategies – hedge funds | | | 43,758,823 |
| Bank loans | | | 16,500,418 |
| Total | | | $ 653,343,995 |

| | 2021 | | |
| --- | --- | --- | --- |
| | Level 1 | Level 2 | Total |
| Money market funds | $ 83,298,711 | $ - | $ 83,298,711 |
| U.S. equity mutual funds | 598,760 | - | 598,760 |
| Non-U.S. equity mutual funds | 41,524 | - | 41,524 |
| Global equity mutual funds | 91,070,814 | - | 91,070,814 |
| Lifecycle retirement mutual funds | 1,869,173 | - | 1,869,173 |
| Traditional fixed income | | | |
| Government agency securities in U.S. | - | 54,456,594 | 54,456,594 |
| U. S. corporate securities | 11,918 | 36,502,250 | 36,514,168 |
| U.S. diverse mutual funds | 55,742,557 | - | 55,742,557 |
| Global corporate mutual funds | 38,045,581 | - | 38,045,581 |
| Unconstrained fixed income: | | | |
| Global diverse mutual funds | 27,993,467 | - | 27,993,467 |
| U.S. government mutual funds | 27,416,218 | - | 27,416,218 |
| Subtotal | $ 326,088,723 | $ 90,958,844 | 417,047,567 |
| Investments measured at net asset value [1] | | | |
| U.S. equity index funds | | | 95,150,592 |
| Non-U.S. equity mutual funds | | | 88,493,217 |
| U.S. diverse fixed income mutual funds | | | 3,943,147 |
| Opportunistic strategies – hedge funds | | | 42,643,156 |
| Bank loans | | | 16,688,108 |
| Total | | | $ 663,965,787 |

[1] In accordance with ASU 2015-07 Disclosures for Investments in Certain Entities That Calculate Net Asset Value per Share (or Its Equivalent), investments for which fair value is measured using net asset value per share (or its equivalent) as a practical expedient are not classified within the fair value hierarchy. The fair value amounts presented in this table are intended to permit reconciliation of the fair value hierarchy to the amounts presented in the statement of financial position.

The methods used to estimate fair value may produce a fair value calculation that may not be indicative of net realizable value or reflective of future fair values. Furthermore, while the NCAA believes its valuation methods are appropriate and consistent with other market participants, the use of different methodologies or assumptions to determine the fair value of certain financial instruments could result in a different fair value measurement at the reporting date.

Investment income (loss) as of August 31, 2022 and 2021, consists of the following:

| | 2022 | 2021 |
| --- | --- | --- |
| Dividends and interest income | $ 16,762,606 | $ 7,849,147 |
| Realized gain, net | 1,402,150 | 9,565,192 |
| Unrealized gain (loss), net | (90,512,392) | 43,498,836 |
| | $ (72,347,636) | $ 60,913,175 |

The Association's alternative investments include investments in: (1) U.S. equity funds such as non-publicly traded stock index funds; (2) non-U.S. equity funds, including inflation hedge strategies and non-publicly traded stock index funds; (3) opportunistic strategies such as hedge funds; and (4) bank loans. These investments are valued at net asset value (NAV) per share or its equivalent. Following is a summary of the alternative investments categorized by major security type, with a description of the investment managers' strategies, and the nature of any restrictions to redeem the investment value as of August 31, 2022:

| | Fair Value | Unfunded Commitments | Redemption Frequency (if Currently Eligible) | Redemption Notice Period |
|---|---|---|---|---|
| U.S. equity index funds [a] | $ 80,457,275 | $ - | Daily | 1 day |
| Non-U.S. equity mutual funds [b] | 79,722,250 | - | Weekly, monthly | 7-30 days |
| Opportunistic strategies – hedge funds [c] | 43,758,823 | - | Semi-annual | 95 days |
| Bank loans [d] | 16,500,418 | - | Monthly, quarterly | 5-60 days |
| | $ 220,438,766 | $ - | | |

[a] This category includes investments in pooled equity funds that invest in U.S. common stocks in an effort replicate performance of a particular stock index. This type of strategy seeks to invest in the same securities as the underlying index in approximately the same proportions as the underlying index.

[b] This category includes investments in exchange-traded funds as well as pooled equity funds that invest in international equity securities in an effort to replicate performance of a particular index. The replication strategy seeks to invest in the same securities as the underlying index in approximately the same proportions as the underlying index.

[c] This category includes investments in hedge funds. This type of strategy seeks to capitalize on favorable market conditions through a variety of diverse strategies.

[d] This category includes investments in bank loans. This type of strategy seeks to hedge fixed income exposure during periods of rising interest rates due to low correlation to fixed income performance.

## NOTE 5 – IN-KIND CONTRIBUTION – FACILITIES LEASE

In July 1999, the NCAA leased its headquarters and related facilities from the Indiana White River State Park Development Commission. The NCAA's original lease agreement had a term of 30 years with three 10-year renewal options and required the NCAA to make annual lease payments in the amount of one dollar. The State of Indiana, City of Indianapolis, and other interested parties provided funds for the construction of the NCAA's facilities in exchange for the NCAA maintaining its headquarters in Indianapolis and holding certain events, such as the Men's Final Four, in Indiana on a 5-year cycle.

In March 2010, the NCAA amended its lease agreement with the White River State Park Development Commission to provide for an amended lease term of 50 years with three 10-year renewal options. In addition, the amended lease provided for a 3-acre parcel of real property that sits adjacent to the original NCAA headquarters to accommodate the 2012 expansion of the headquarters. The amendment does not alter the financial terms of the lease, and the NCAA is still required to make annual lease payments of one dollar.

The NCAA has determined that this facilities lease is a conditional contribution based on the NCAA's commitments to the State of Indiana and the City of Indianapolis. As such, the NCAA has recorded an in-kind contribution revenue and expense based on the fair value of the lease for each annual period. Fair value was determined by looking at similar lease values in the Indianapolis area. Conditional amounts receivable under this contribution range from $3,451,100 to $8,286,240, annually, through 2060 and will be recognized upon the annual satisfaction of the related conditions. This is the NCAA's only contributed nonfinancial asset and it is utilized in the NCAA's operations and not monetized.

14.

**NOTE 6 - GOODWILL AND INTANGIBLES**

NCAA's intangible assets consist of the following:

| As of August 31, 2022 | Cost | Accumulated Impairment | Accumulated Amortization | Net book Value |
|---|---|---|---|---|
| NIT | | | | |
| Goodwill | $ 19,703,283 | $ (7,777,462) | $ (7,725,821) | $ 4,200,000 |
| Trademark | 2,600,000 | - | (2,210,000) | 390,000 |
| Total NIT | $ 22,303,283 | $ (7,777,462) | $ (9,935,821) | $ 4,590,000 |

| As of August 31, 2021 | Cost | Accumulated Impairment | Accumulated Amortization | Net book Value |
|---|---|---|---|---|
| NIT | | | | |
| Goodwill | $ 19,703,283 | $ (7,777,462) | $ (7,025,821) | $ 4,900,000 |
| Trademark | 2,600,000 | - | (2,080,000) | 520,000 |
| Total NIT | $ 22,303,283 | $ (7,777,462) | $ (9,105,821) | $ 5,420,000 |

For the years ended August 31, 2022 and 2021, amortization expense related to intangible assets was $830,000 for both years. Trademarks have useful lives of fifteen to twenty years and contracts have useful lives of six to twelve years. Future expected amortization expense as of August 31, 2022 is as follows:

| | | |
|---|---|---|
| 2023 | $ | 830,000 |
| 2024 | | 830,000 |
| 2025 | | 830,000 |
| 2026 | | 700,000 |
| 2027 | | 700,000 |
| Thereafter | | 700,000 |
| Total | $ | 4,590,000 |

**NOTE 7 - PROPERTIES**

Properties to support the NCAA national office consist of an 89,000 square foot warehouse and distribution facility, tenant finish improvements for the NCAA Dempsey headquarters building, the 130,000 square foot NCAA Brand headquarters building, conference facilities, furnishings, technology infrastructure, and equipment.

Properties according to their specific category as of August 31, 2022 and 2021, are as follows:

| | Estimated Useful Lives | 2022 | 2021 |
|---|---|---|---|
| Land | | $ 350,000 | $ 350,000 |
| Buildings and improvements | 30 years | 42,645,542 | 42,645,542 |
| Leasehold improvements | 10-30 years | 11,582,335 | 11,582,335 |
| Furniture, equipment, and fixtures | 3-10 years | 50,497,541 | 45,146,597 |
| | | 105,075,418 | 99,724,474 |
| Less accumulated depreciation and amortization | | (65,003,015) | (59,702,742) |
| Properties, net | | $ 40,072,403 | $ 40,021,732 |

Depreciation and amortization expense related to properties was $5,491,412 and $4,802,622 for the years ended August 31, 2022 and 2021, respectively.

## NOTE 8 - COMMITMENTS AND CONTINGENCIES

The Association is named as a defendant or co-defendant in various legal proceedings, including those discussed below. In addition, the Association makes financial commitments to research important issues. The Association complies with the requirements of ASC Topic 450, *Contingencies*, and related guidance, and records liabilities for legal proceedings in those instances where the liability is deemed probable and the Association can reasonably estimate the amount of the loss (or a range of loss can be estimated). Once established, accruals are adjusted from time to time, as appropriate, to reflect (1) the facts and circumstances known to us at the time, including information regarding negotiations, settlements, rulings and other relevant events and developments, (2) the advice and analyses of counsel and (3) the significant assumptions and judgment of management.

The NCAA is a membership-driven organization dedicated to promoting the well-being of student-athletes and equipping them with the skills to succeed on the playing field, in the classroom and throughout life. NCAA members—mostly colleges and universities, but also conferences and affiliated groups—work together to create the framework of rules for fair and safe competition. Those rules are administered by NCAA national office staff, which also organizes national championships and provides other resources to support student-athletes and the schools they attend. The NCAA membership and national office work together to help membership student-athletes develop their leadership, confidence, discipline and teamwork through college sports. Decisions made by the NCAA are at times challenged by the affected parties through lawsuits. These lawsuits range from seeking to overturn legislation adopted by member schools to seeking monetary damages and reimbursement of legal fees.

In July 2014, NCAA proposed a settlement, which was approved by the court during the year-ended August 31, 2020, in several consolidated class action lawsuits related to student-athlete concussion injury litigation. The settlement stipulated that the NCAA will provide $70 million to be used for concussion testing and diagnoses of current and former NCAA student-athletes ("medical monitoring fund"), as well as educational initiatives and research. As of August 31, 2022 and 2021, the NCAA's remaining commitment was $40 million, which is included with accounts payable and accrued liabilities on the statement of financial position.

In June 2021, the NCAA received an unfavorable result from the Supreme Court of the United States in the Grant-In-Aid Cap Antitrust Litigation affirming a district court decision against the NCAA and several Division I member athletic conferences. Federal antitrust laws provide for a "prevailing party" to be reimbursed for legal fees and expenses incurred by the plaintiffs in the litigation, which the NCAA paid in July 2021.

In September 2014, as part of its commitment to research, the NCAA entered into an agreement with the U.S. Department of Defense on a joint initiative to enhance the safety of student-athletes and U.S. service members related to concussions. The NCAA agreed to provide one-half of the funding on this joint initiative. The research is managed by three research institutions who are the recipients of the funding. In October 2021, the NCAA renewed its commitment with an additional $10.0 million over five years. As of August 31, 2022 and 2021, the NCAA's remaining commitment was $8 million and $2.8 million, respectively.

The NCAA and its legal counsel defend against lawsuits and claims arising in the normal course of its day-to-day activities. The NCAA has incurred attorney's fees in the process of defending against such matters, which are recorded in the accompanying consolidated financial statements. The NCAA has evaluated these matters pursuant to the guidance of ASC 450, and accordingly, no accrual for legal contingencies has been recorded as of August 31, 2022 and 2021.

See Note 16 for risk management liabilities.

**NOTE 9 - LINE OF CREDIT**

On May 1, 2020, the NCAA entered into a line of credit with PNC Bank. The terms of the agreement allowed the NCAA to draw on the line with a maximum available credit of $125,000,000 bearing an interest rate per annum equal to the Prime plus 1.65% expiring May 1, 2021. The NCAA allowed the line of credit to expire on May 1, 2021.

**NOTE 10 - BONDS PAYABLE**

On June 1, 2012, the NCAA issued tax-exempt bonds of $13,560,000 with fixed interest rates ranging from 3.00% to 5.00% with original maturities ranging from 2016 to 2025. The bonds were issued at a premium of $2,653,019. Interest is payable on May 1st and November 1st of each year. Proceeds from the bond issue were used to advance refund a portion of the Series 2005 revenue bonds since the bonds could not be redeemed at that time.

Principal payments as of August 31, 2022, due over the next five years and thereafter are as follows:

| Fiscal Years Ending August 31 | |
|---|---|
| 2023 | $ 1,425,000 |
| 2024 | 1,500,000 |
| 2025 | 1,575,000 |
| Total bond principal payments | 4,500,000 |
| Unamortized premium and debt issue costs, net | 513,879 |
| Total bonds payable – net | $ 5,013,879 |

The fair value of the bonds payable is not materially different from its carrying value.

17.

**NOTE 11 - TELEVISION AND MARKETING RIGHTS FEES**

On April 22, 2010, the NCAA entered into a Multimedia Agreement with CBS and Turner Broadcasting System Inc. (Turner). This agreement conveyed exclusive television and other internet and multimedia broadcast rights to CBS and Turner for 14 years in connection with the Division I Men's Basketball Championship. In addition, the agreement grants CBS and Turner marketing rights with respect to all NCAA championships. The agreement, which began in fiscal year 2011 and expires in 2024, provides payments up to $10,800,000,000 to the NCAA over the agreement term.

On March 14, 2016, the NCAA extended its agreement with CBS and Turner for an additional 8 years (2025 thru 2032). Total payments to the NCAA under this extended agreement will be up to $8,800,000,000. These payments include $425,000,000 that will be prepaid by CBS and Turner from 2018 through 2024 (the "Pre-Term Payments"). The remaining $8,375,000,000 will be paid from 2025 to 2032. A portion of the Pre-Term Payments will be deposited in an escrow with the remainder paid directly to the NCAA. As the Pre-Term Payments represent an advance on future contract years and are refundable to CBS and Turner should certain events occur, the Pre-Term Payments will be recognized as revenue in years 2025 through 2032 when no longer considered refundable in accordance with the terms of the contract.

The financial obligations of both agreements are guaranteed by WarnerMedia the parent company of Turner. For the years ended August 31, 2022 and 2021, the NCAA recognized $870,000,000 and $850,000,000, respectively.

Once the NCAA's performance obligations are met, the NCAA will recognize future television broadcast revenue and licensing rights as follows:

| Fiscal Years Ending August 31 | |
|---|---|
| 2023 | $ 873,000,000 |
| 2024 | 873,000,000 |
| 2025 | 995,000,000 |
| 2026 | 1,020,000,000 |
| 2027 | 1,050,000,000 |
| Thereafter | 5,735,000,000 |
| Total | $ 10,546,000,000 |

The Pre-Term Payments will be paid by CBS and Turner as follows:

| Fiscal Years Ending August 31 | Escrowed | Advanced to NCAA | Total |
|---|---|---|---|
| 2018 | $ 71,250,000 | $ 3,750,000 | $ 75,000,000 |
| 2019 | 67,500,000 | 7,500,000 | 75,000,000 |
| 2020 | 66,000,000 | 9,000,000 | 75,000,000 |
| 2021 | 41,250,000 | 8,750,000 | 50,000,000 |
| 2022 | 40,000,000 | 10,000,000 | 50,000,000 |
| 2023 | 25,000,000 | 25,000,000 | 50,000,000 |
| 2024 | 5,000,000 | 45,000,000 | 50,000,000 |
| | $ 316,000,000 | $ 109,000,000 | $ 425,000,000 |

Amounts paid by CBS and Turner and held in escrow are not recognized in the consolidated financial statements as the NCAA does not have the right to control the escrow and the earnings process giving right to the funds has not occurred. Amounts received directly by the NCAA are deferred and included in the balance of deferred revenue and deposits.

On December 15, 2011, the NCAA entered into a multi-media agreement with ESPN, Inc. and ESPN Enterprises, Inc. (collectively, ESPN). The agreement gives ESPN the rights to televise certain NCAA Fall, Winter, and Spring Championships, the NIT Pre-Season and Post-Season tournaments, and international distribution of the Division I Men's Basketball Championship. The rights include live telecasting or other distributions of the Championships in compliance with the applicable NCAA rules and regulations and specific terms of the agreement. The terms of the agreement cover the fiscal year 2010–2011 (2010 Fall Championships) through fiscal year 2023–2024 (2024 Spring Championships) and provide for payments totaling $500,000,000 over the life of the 14-year contract. Pursuant to the agreement, for the years ended August 31, 2022 and 2021, the NCAA received $43,496,000 and $41,823,000, respectively.

The NCAA will receive estimated future television broadcast payments as follows:

| Fiscal Years Ending August 31 | |
|---|---|
| 2023 | $ 45,235,000 |
| 2024 | 47,045,000 |
| | $ 92,280,000 |

**NOTE 12 - NET ASSETS**

As of August 31, the NCAA has net assets subject to donor-imposed stipulations that neither expire by the passage of time nor can be fulfilled or otherwise removed by the NCAA as follows:

| | 2022 | 2021 |
|---|---|---|
| NCAA Leadership Conference | $ 100,000 | $ 100,000 |
| Usher Scholarships | 50,000 | 50,000 |
| Total NCAA net assets with donor restrictions | $ 150,000 | $ 150,000 |

The NCAA Board of Governors has designated certain net assets without donor restrictions to fund future strategic and operational initiatives. While designated for specific purposes, these designations may be modified at the discretion of the NCAA Board of Governors.

As of August 31, net assets without donor restrictions include the following designations:

| | 2022 | 2021 |
|---|---|---|
| Association-wide operating reserve | $ 195,500,000 | $ 193,500,000 |
| Division II reserve | 51,618,697 | 47,073,756 |
| Division III reserve | 41,374,836 | 36,926,263 |
| 1910 Collective, LLC reserve | 100,543,070 | - |
| College Football Officiating, LLC reserve | 210,914 | 482,259 |
| Other commitments | 26,694,795 | 194,036,442 |
| Furniture, technology, and properties | 10,025,109 | 12,761,270 |
| Available for operations and distributions | 31,504,216 | 31,253,911 |
| Total NCAA net assets without donor restrictions | $ 457,471,637 | $ 516,033,901 |

**NOTE 13 – DEFINED CONTRIBUTION PLANS**

The NCAA has defined contribution plans, which include the NCAA Retirement Plan (the retirement plan), the NCAA 403(b) Savings Plan (the 403(b) plan), and the NCAA Qualified Savings Plan (the qualified savings plan). Employees become eligible for participation in the retirement plan and the qualified savings plan beginning in the quarter after the employee completes six months of service. Employees become eligible to contribute to the 403(b) plan on the first day of employment. The NCAA provides, through the retirement plan, a biweekly contribution to each employee's plan account at a rate of 10% of their annual compensation. The qualified savings plan is based on matching provisions from the employee's 403(b) savings plan program. The NCAA will provide matching contributions to the plan on the employee's behalf in an amount equal to 100% of the first 3% of compensation contributed to the 403(b) savings plan and 50% of the next 2% of compensation contributed to the 403(b) savings plan. A participant becomes eligible for the matching contribution only if the participant makes a deferral contribution in the 403(b) savings plan of at least 1% of their annual compensation. For the year ended August 31, 2022, the NCAA contributed $1,725,680 to the qualified savings plan and $4,309,096 to the retirement plan, for total contributions of $6,034,776 compared to total contributions of $6,240,328 for the year ended August 31, 2021.

**NOTE 14 - LEASES**

As of August 31, 2022, the NCAA had right-of-use assets and related lease liabilities of $705,719 compared to $994,522 for the year ended August 31,2021. Operating lease expense was $314,712 and $313,349 for the year ended August 31, 2022 and 2021, respectively. Future minimum lease payments are as follows:

Fiscal Years Ending
August 31

| | | |
|---|---|---|
| 2023 | $ | 316,108 |
| 2024 | | 129,960 |
| 2025 | | 63,790 |
| 2026 | | 61,643 |
| 2027 | | 63,184 |
| Thereafter | | 119,853 |
| Total | $ | 754,538 |

**NOTE 15 - LIQUIDITY AND AVAILABILITY**

As of August 31, 2022, the NCAA has $729.7 million of financial assets available within 1 year of the balance sheet date to meet cash needs for general expenditures consisting of cash of $44.1 million, accounts receivable of $32.3 million, and investments of $653.3 million. The accounts receivable are subject to implied time restrictions but are expected to be collected within one year.

As of August 31, 2021, the NCAA has $716.6 million of financial assets available within 1 year of the balance sheet date to meet cash needs for general expenditures consisting of cash of $21.2 million, accounts receivable of $31.4 million, and investments of $664.0 million. The accounts receivable are subject to implied time restrictions but are expected to be collected within one year.

Board designations of net assets without donor restrictions are considered to be liquid and available given the nature of the designations and the Board's ability to rescind the designation, if needed, as described in Note 12.

The NCAA structures its financial assets to be available as its general expenditures, liabilities, and other obligations come due. In addition, as part of its liquidity management, the NCAA invests excess cash in various investments (see Note 4).

**NOTE 16 – RISK MANAGEMENT**

On March 1, 2022, the NCAA formed a captive insurance company, 1910 Collective, LLC ("1910"). 1910 was formed as an alternative risk financing platform, issuing Director and Officer and Event Cancellation/Loss of Revenue insurance policies in its inaugural year.

Changes in the balances of accrued insurance liabilities were as follows:

| Fiscal Year | Beginning Balance | Claims Incurred | Claims Paid | Ending Balance |
|---|---|---|---|---|
| 2022 | $ - | $ 98,328,214 | $ (14,330,477) | $ 83,997,737 |

The 1910 estimated its accrued insurance liabilities based on loss experience history and industry loss experience.

## NOTE 17 – REVENUE

The following table disaggregates NCAA revenue by major source. Fiscal years 2021 and 2022 represent revenue recognized from contracts with customers. Fiscal years beyond 2022 represent remaining performance obligations from contracts with customers.

| | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | Thereafter |
|---|---|---|---|---|---|---|---|---|
| Television and radio rights | $ 906,197,000 | $ 924,007,000 | $ 928,735,000 | $ 930,545,000 | $ 1,005,500,000 | $1,030,500,000 | $ 1,050,000,000 | $ 5,735,000,000 |
| Royalties and promotional rights | 9,583,246 | 15,976,703 | 9,560,100 | 9,880,300 | 10,022,800 | 3,729,500 | 956,900 | 2,622,400 |
| Championships and NIT tournaments | 61,048,913 | 198,664,930 | 29,192,748 | 19,814,843 | 8,058,000 | 8,219,160 | 8,383,543 | 44,500,859 |
| Eligibility center certifications | 11,902,109 | 13,139,902 | 6,983,559 | - | - | - | - | - |
| Membership dues | 5,023,850 | 5,742,775 | 6,438,800 | 4,540,500 | 2,210,000 | 2,520,000 | - | - |
| Other sales and services | 3,954,886 | 12,587,157 | 194,792 | - | - | - | - | - |
| Total | $ 997,710,004 | $ 1,170,118,467 | $ 981,104,999 | $ 964,780,643 | $ 1,025,790,800 | $ 1,044,968,660 | $ 1,059,340,443 | $ 5,782,123,259 |

The closing balance of receivables from contracts with customers as of August 31, 2022 and 2021 was $14,839,066 and $11,438,149, respectively.

<u>Deferred Revenue</u>: Deferred revenue represents payments received for tickets purchased, membership dues, and multi-media pre-payments for which the performance obligations remain in effect for the years ended August 31, 2021 and 2022. The following tables represent activities for deferred revenue.

| Balance at September 1, 2020 | Refunds Issued in 2020-2021 | Revenue Recognized in 2020-2021 | Cash Received in Advance of Performance | Balance at August 31, 2021 |
|---|---|---|---|---|
| $49,713,144 | $ - | ($22,385,212) | $31,153,601 | $58,481,533 |

| Balance at September 1, 2021 | Refunds Issued in 2021-2022 | Revenue Recognized in 2021-2022 | Cash Received in Advance of Performance | Balance at August 31, 2022 |
|---|---|---|---|---|
| $58,481,533 | $ - | ($64,776,796) | $78,480,574 | $72,185,311 |

22.

**NOTE 18 - EXPENSES BY NATURE**

The NCAA's programs are based on its divisional structure as described in Note 1. Total program expense was $1,152,295,435 and $989,952,957 for the years ended August 31, 2022 and 2021, respectively. Natural expenses are allocated based on specific identification of the related expenses and methodologies of allocating employee time. Fundraising costs for the NCAA are insignificant due to the nature of its operations.

The table below presents functional expenses by their natural classification for the year ended August 31, 2022.

| | Division I Distributions, Championships, and Programs | Division II Distribution, Championships, and Programs | Division III Championships, and Programs | Association-wide Programs | Management and General | Total 2021-22 |
|---|---|---|---|---|---|---|
| Distributions, grants, and scholarships | $ 657,312,007 | $ 15,614,942 | $ 4,982,382 | $ 3,403,347 | $ 808,872 | $ 682,121,550 |
| Insurance, interest, and depreciation | 145,030 | 100,250 | 61,017 | 103,326,159 | 10,301,621 | 113,934,077 |
| Compensation | 17,534,005 | 5,191,296 | 2,632,813 | 33,954,395 | 15,127,585 | 74,440,094 |
| Event operations | 53,388,523 | 6,988,417 | 6,886,951 | 5,212,225 | 464,248 | 72,940,364 |
| Facilities, technology, and office | 2,172,530 | 192,426 | 133,896 | 2,350,590 | 8,672,502 | 13,521,944 |
| Professional services | 18,229,489 | 2,933,971 | 840,264 | 83,353,171 | 6,263,779 | 111,620,674 |
| Travel | 79,201,075 | 21,010,018 | 19,124,935 | 6,019,311 | 1,164,442 | 126,519,781 |
| Total expenses | $ 827,982,659 | $ 52,031,320 | $ 34,662,258 | $ 237,619,198 | $ 42,803,049 | $ 1,195,098,484 |

The table below presents functional expenses by their natural classification for the year ended August 31, 2021.

| | Division I Distributions, Championships, and Programs | Division II Distribution, Championships, and Programs | Division III Championships, and Programs | Association-wide Programs | Management and General | Total 2020-21 |
|---|---|---|---|---|---|---|
| Distributions, grants, and scholarships | $ 613,563,071 | $ 11,999,706 | $ 4,902,770 | $ 3,309,240 | $ 739,162 | $ 634,513,949 |
| Insurance, interest, and depreciation | 293,617 | 122,880 | 40,960 | 22,749,355 | 8,578,620 | 31,785,432 |
| Compensation | 18,409,430 | 5,887,911 | 3,228,421 | 36,171,406 | 21,206,542 | 84,903,770 |
| Event operations | 39,740,314 | 4,178,741 | 2,656,046 | 9,093,029 | 370,186 | 56,038,316 |
| Facilities, technology, and office | 3,251,506 | 106,771 | 42,060 | 1,819,334 | 6,376,882 | 11,596,553 |
| Professional services | 40,377,504 | 8,942,199 | 3,908,578 | 69,470,246 | 5,449,186 | 128,147,713 |
| Travel | 66,935,446 | 9,194,621 | 8,430,059 | 1,127,676 | 490,420 | 86,178,222 |
| Total expenses | $ 782,570,888 | $ 40,432,889 | $ 23,208,894 | $ 143,740,286 | $ 43,210,998 | $ 1,033,163,955 |

**SUPPLEMENTARY INFORMATION**

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION
CONSOLIDATING SCHEDULE OF ACTIVITIES
For the year ended August 31, 2022

| | NCAA | NIT, LLC | College Football Officiating, LLC | 1910 Collective, LLC | Allocation and Consolidating Entries | Total |
|---|---|---|---|---|---|---|
| **REVENUES:** | | | | | | |
| Television and marketing rights fees | $ 934,026,376 | $ 5,957,327 | $ - | $ - | $ - | $ 939,983,703 |
| Championships and NIT tournaments | 198,308,602 | 356,328 | - | - | - | 198,664,930 |
| Investment loss, net | (72,462,017) | - | - | 1,989,381 | (1,875,000) | (72,347,636) |
| Sales, services, and other | 97,442,566 | 10,110 | 530,000 | 130,167,240 | (178,463,289) | 49,686,627 |
| Loss of revenue insurance | 17,175,624 | - | - | - | - | 17,175,624 |
| Contributions – facilities | 3,372,972 | - | - | - | - | 3,372,972 |
| Total revenues | 1,177,864,123 | 6,323,765 | 530,000 | 132,156,621 | (180,338,289) | 1,136,536,220 |
| | | | | | | |
| **EXPENSES:** | | | | | | |
| Distribution to Division I members | 656,688,810 | 334,080 | - | - | - | 657,022,890 |
| Division I championships, programs, and NIT tournaments | 147,453,173 | 3,291,781 | 568,663 | - | 19,646,152 | 170,959,769 |
| Division II championships, distribution, and programs | 45,711,123 | - | - | - | 6,320,197 | 52,031,320 |
| Division III championships and programs | 32,008,145 | - | - | - | 2,654,113 | 34,662,258 |
| Association-wide programs | 308,064,893 | 132,856 | 232,562 | 98,613,551 | (169,424,664) | 237,619,198 |
| Management and general | 48,794,066 | - | - | - | (5,991,017) | 42,803,049 |
| Total expenses | 1,238,720,210 | 3,758,717 | 801,225 | 98,613,551 | (146,795,219) | 1,195,098,484 |
| Total change in net assets | $ (60,856,087) | $ 2,565,048 | $ (271,225) | $ 33,543,070 | $ (33,543,070) | $ (58,562,264) |

24.