# Exhibit O

# NCAA.org

**Our Division I Members**

# Our Division I Members

Division I Member Schools

With more than 350 member schools, Division I provides opportunities for over 190,000 student-athletes to compete in NCAA sports each year.

After the NCAA created its three divisions in 1973, Division I was subdivided for football purposes in 1978 into Division I-A (the principal football schools), Division I-AA (remainder of football-playing schools) and Division I (schools not sponsoring football). In 2006, Division I-A and I-AA were renamed Football Bowl Subdivision and Football Championship Subdivision, respectively.

Currently, 130 FBS programs participate in postseason bowl games and are eligible to compete for the national championship, which is conducted by the College Football Playoff.

A total of 125 FCS members conduct their postseason within a bracketed tournament, conducted by the NCAA. The remaining 97 Division I Subdivision schools do not sponsor football.

In all other sports, Division I conferences and member schools compete for the same postseason opportunities.

To be a Division I member, FBS schools must sponsor a minimum of 16 sports, and FCS and Division I Subdivision schools must sponsor a minimum of 14 sports.

To learn more about becoming a member of Division I, click here.