# Exhibit P

# NCAA Division I
# *Transfer Windows*
INCLUDES 15-DAY FALL WINDOW FOR SPRING SPORT STUDENT-ATHLETES



*TRANSFER WINDOWS*

| SEASON | SPORT | FIRST DAY | FINAL DAY |
|---|---|---|---|
| **FALL** | Cross Country | Saturday, Nov. 18, 2023 | Sunday, Dec. 17, 2023 |
| | Field Hockey | Sunday, Nov. 12, 2023 | Monday, Dec. 11, 2023 |
| | Football (FCS) | Monday, Dec. 4, 2023 | Tuesday, Jan. 2, 2024 |
| | Football (FBS) | Monday, Dec. 4, 2023 | Tuesday, Jan. 2, 2024 |
| | M Soccer | Monday, Nov. 20, 2023 | Tuesday, Dec. 19, 2023 |
| | W Soccer | Monday, Nov. 13, 2023 | Tuesday, Dec. 12, 2023 |
| | W Volleyball | Sunday, Dec. 3, 2023 | Monday, Jan. 1, 2024 |
| | M Water Polo | Sunday, Nov. 26, 2023 | Monday, Dec. 25, 2023 |
| | Football - Spring Window | Tuesday, April 16, 2024 | Tuesday, April 30, 2024 |
| | Other Sports – Spring Window | Wednesday, May 1, 2024 | Wednesday, May 15, 2024 |
| **WINTER** | M Basketball | Monday, March 18, 2024 | Wednesday, May 1, 2024 |
| | W Basketball | Monday, March 18, 2024 | Wednesday, May 1, 2024 |
| | Bowling | Wednesday, April 3, 2024 | Friday, May 17, 2024 |
| | Fencing | Tuesday, March 19, 2024 | Thursday, May 2, 2024 |
| | M Gymnastics | Tuesday, April 16, 2024 | Thursday, May 30, 2024 |
| | W Gymnastics | Monday, April 1, 2024 | Wednesday, May 15, 2024 |
| | M Ice Hockey | Sunday, March 31, 2024 | Tuesday, May 14, 2024 |
| | W Ice Hockey | Sunday, March 17, 2024 | Tuesday, April 30, 2024 |
| | Rifle | Monday, Feb. 26, 2024 | Wednesday, April 10, 2024 |
| | Skiing | Tuesday, March 5, 2024 | Thursday, April 18, 2024 |
| | M Swimming and Diving | Wednesday, March 20, 2024 | Friday, May 3, 2024 |
| | W Swimming and Diving | Wednesday, March 13, 2024 | Friday, April 26, 2024 |
| | Indoor Track | Tuesday, March 5, 2024 | Thursday, April 18, 2024 |
| | M Wrestling | Wednesday, March 20, 2024 | Friday, May 3, 2024 |
| **SPRING** | All Spring Sports - Fall Window | Friday, Dec. 1, 2023 | Friday, Dec. 15, 2023 |
| | Baseball | Monday, June 3, 2024 | Tuesday, July 2, 2024 |
| | Beach Volleyball | Sunday, May 5, 2024 | Monday, June 3, 2024 |
| | M Golf | Wednesday, May 8, 2024 | Thursday, June 6, 2024 |
| | W Golf | Wednesday, May 1, 2024 | Thursday, May 30, 2024 |
| | Lacrosse | Sunday, May 12, 2024 | Monday, June 10, 2024 |
| | Rowing | Tuesday, May 28, 2024 | Wednesday, June 26, 2024 |
| | Softball | Sunday, May 19, 2024 | Monday, June 17, 2024 |
| | Tennis | Monday, May 6, 2024 | Tuesday, June 4, 2024 |
| | Outdoor Track | Thursday, May 23, 2024 | Friday, June 21, 2024 |
| | M Volleyball | Sunday, April 28, 2024 | Monday, May 27, 2024 |
| | W Water Polo | Monday, May 6, 2024 | Tuesday, June 4, 2024 |

ACADEMIC AND MEMBERSHIP AFFAIRS

NCAA is a trademark of the National Collegiate Athletic Association. October 2023.