# Exhibit Q

# How long will the transfer portal be open for Michigan, Alabama, Washington players?

sportingnews.com/us/ncaa-football/news/transfer-portal-open-michigan-alabama-washington-arizona/fb430ca84d2879e3df1c5639



(Getty Images)

Change is a-comin' in the world of college football.

Four of the nation's biggest blue chips are fielding new head coaches in 2024. That brings with it plenty of intrigue, with Michigan, Alabama, Washington and Arizona all shrouded in mystery after the shock departures of Jim Harbaugh, Nick Saban, Kalen DeBoer and Jedd Fisch, respectively.

1.00

0 of 6 minutes, 52 secondsVolume 0%




Case 3:24-cv-00033-DCLC-JEM   Document 2-19   Filed 01/31/24   Page 2 of 5   PageID #: 651

1/4

00:26

06:52





Kyle Hamilton's top plays 2023 season


Virginia WR Malik Washington has stood out at East-West Shrine Bowl practices 'The Insiders'


Justin Madubuike's top plays 2023 season


Burruss: Ravens' roster 'will never be the same' as what it was in '23 'The Insiders'


Pelissero: You could legitimately give Mahomes the MVP every year 'The Insiders'


Roquan Smith's top plays 2023 season


Odell Beckham Jr.'s top plays 2023 season


Ruiz: Brock Purdy proved he's 'a playmaker not a game manager' vs. Lions 'The Insiders'

Each coach had their own reason for leaving, but the fact remains. Recruits who agreed to join the Wolverines, Crimson Tide, Huskies and Wildcats under their previous regimes are now figuring out their next steps. For some, that means hunkering down with the programs they committed to. For others, that means finding a new home.

**MORE: Why Jim Harbaugh left Michigan, signed with the Chargers**

So, just how long will Michigan, Alabama, Washington and Arizona players be permitted to transfer freely? The Sporting News explains what some recruits' next steps could be as they attempt to find a place of their own come the start of the 2024 season.

## Can Michigan players transfer?

Michigan players will be allowed to transfer after Harbaugh spurned Ann Arbor for Los Angeles. The NCAA allows athletes to swap schools for 30 days in the case that a coach ducks out. The 30-day period starts when that coach officially departs, meaning Wolverines players and recruits alike have until **Friday, February 23** to find a new school without consequence.

| School | Day coach left | Last day for players to transfer |
| --- | --- | --- |
| Michigan | Jan. 24 | Feb. 23 |
| Arizona | Jan. 14 | Feb. 13 |
| Washington | Jan. 13 | Feb. 12 |
| Alabama | Jan. 9 | Feb. 8 |

## Alabama

Alabama was the first chip to fall, losing legendary head coach Nick Saban to retirement. There was much confusion about what direction the Crimson Tide were going to go to figure out who would take the reins in Tuscaloosa, with Oregon's Dan Lanning and Florida State's Mike Norvell among the leading candidates.

## Washington

With the Crimson Tide prying Kalen DeBoer away from Seattle, the Huskies looked fairly inward for a replacement. Washington settled on former Arizona standout Jedd Fisch to lead its troops from the sidelines, pipping a now-former Pac-12 foe as Washington looks to reassert itself as playoff threats in a post-Michael Penix Jr., post-Rome Odunze era.

**MORE: Sherrone Moore, Lance Leipold lead list of potential Jim Harbaugh replacement candidates**

With the announcement of DeBoer's departure coming on Jan. 13, Washington players and recruits have until Feb. 12 to leave the program if they so desire.

## Arizona

The Wildcats were in flux following Fisch's exit. They worked quickly to backfill the role, eventually finding a new boss in former San Jose State coach Brent Brennan.

Fisch helped return Arizona to relevancy following a dour last half-decade or so. The Wildcats finished 2023 with a 10-3 record, climbing up to No. 14 in the final college football playoff poll. With their previous fearless leader stepping down, though, that's brought a raft of changes; four-star quarterback Desmond Williams, three-star running back Adam Mohammed and three-star wide receiver Audric Harris were among those to decommit from the program in light of Fisch leaving town.

## Michigan

Case 3:24-cv-00033-DCLC-JEM   Document 2-19   Filed 01/31/24   Page 4 of 5   PageID #: 653

3/4

The Wolverines are the latest team to find themselves in the mire following a coach's exit. Jim Harbaugh is returning to the NFL with the Los Angeles Chargers. The defending national champions certainly have their work cut out for them if they want to replace him, although all signs are pointing towards one of Harbaugh's assistants, Sherrone Moore, getting the job. Perhaps that would stave off a wealth of transfers. Perhaps it wouldn't. Either way, Michigan fans will want to watch this space in the coming few weeks.