IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, AND COMMONWEALTH OF VIRGINIA, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No.: 3:24-CV-33-DCLC-JEM |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, ) ) ) ) | |
| Defendant. ) | |

## ORDER OF RECUSAL

Pursuant to the provisions of 28 U.S.C. § 455, the undersigned judge hereby recuses in this matter and requests that the Chief Judge reassign this case to another judge.

**IT IS SO ORDERED.**

ENTER:

_____
Jill E. McCook
United States Magistrate Judge