# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE; ) <br> COMMONWEALTH OF VIRGINIA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) <br> NATIONAL COLLEGIATE ATHLETIC ) <br> ASSOCIATION, ) <br> ) <br> Defendant. ) | Case No. 3:24-cv-00033-DCLC-JEM |

## NOTICE OF APPEARANCE OF ROBERT E. BOSTON

Robert E. Boston, of the law firm Holland & Knight LLP, hereby gives his notice of appearance as counsel of record for Defendant National Collegiate Athletic Association in the above-styled case.

> *s/ Robert E. Boston*
> Robert E. Boston (Tenn. BPR # 009744)
> HOLLAND & KNIGHT LLP
> 511 Union Street, Suite 2700
> Nashville, TN 37219
> Telephone: (615) 244-6380
> bob.boston@hklaw.com
>
> *Attorney for Defendant*

1

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on this the 31st day of January 2024, a true and correct copy of the foregoing document was electronically filed with the United States District Court for the Eastern District of Tennessee using the Court's Electronic Case Filing (ECF) system, which will serve all parties below as indicated on the electronic filing notice to receive service in this manner. Hard copies are also being sent via first-class mail.

| | | |
|---|---|---|
| Adam K Mortara<br>Lawfair LLC<br>40 Burton Hills Blvd<br>Suite 200<br>Nashville, TN 37215<br>773-750-7154<br>mortara@lawfairllc.com | David L Rosenthal<br>Patrick Strawbridge<br>Thomas R. McCarthy<br>Cameron T. Norris<br>Consovoy McCarthy PLLC<br>1600 Wilson Blvd<br>Suite 700<br>Arlington, VA 22209<br>703-243-9423 | Ethan Bowers<br>Marilyn Guirguis<br>Tyler Corcoran<br>J. David McDowell<br>Lacey E. Mase<br>State of Tennessee<br>Office of Attorney General<br>PO Box 20207<br>Nashville, TN 37202-0207 |
| Andrew N. Ferguson<br>Office of the Attorney General<br>200 North 9th Street<br>Richmond, VA 23219<br>804-786-7704<br>aferguson@oag.state.va.us | Jonathan M Harrison, II<br>Tyler T. Henry<br>Commonwealth of Virginia<br>Office of the Attorney General<br>204 Abingdon Place<br>Abingdon, VA 24211 | Steven G Popps<br>Office of Attorney General (VA)<br>900 East Main Street<br>Richmond, VA 23219 |

                                                  */s/ Robert E. Boston*
                                                  Attorney for Defendant