UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, ) | |
| ) | Case No. 3:24-cv-33 |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | |
| NATIONAL COLLEGIATE ATHLETIC ) | |
| ASSOCIATION, ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

Pursuant to 28 U.S.C. § 455, the Honorable Jill E. McCook, United States Magistrate Judge, has recused herself in this action. Accordingly, it is hereby **ORDERED** that this case is **REASSIGNED** to the Honorable Debra C. Poplin, United States Magistrate Judge, to handle any matters routinely considered by a magistrate judge pursuant to 28 U.S.C. § 636(b) and the Rules of this Court.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**CHIEF UNITED STATES DISTRICT JUDGE**