# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

State of Tennessee;
Commonwealth of Virginia

               Plaintiff,

    v.

National Collegiate Athletic Association

               Defendant.

Case No. 3:24-cv-00033-DCLC-DCP

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned, counsel for   National Collegiate Athletic Association

moves for admission to appear in this action *pro hac vice*.

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **FILING FEE = $90.00**

☐   I am a member in good standing of the highest court of the following state, territory or the District of Columbia (list **ALL** states):

☐   **AND** I am a member in good standing of another U.S. District Court. <u>A certificate of good standing from the **DISTRICT** court is attached. ).</u>

### OR

Pursuant to E.D. Tenn. L.R. 83.5(b)(1)(C). **NO FILING FEE REQUIRED.**

☒   An application for my admission to practice in this Court is currently pending.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 2/1/2024

                             *(Signature–hand signed)*

Name: David Zeitlin
Firm: Holland & Knight LLP
Address:
511 Union St., Ste. 2700
Nashville, TN 37219
Email address: david.zeitlin@hklaw.com

Once your motion is granted, you must register as an E-Filer with this Court. For instructions visit the Court's website.