IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE AT GREENEVILLE

**CIVIL MINUTES: *MOTION HEARING***

Date February 13, 2024  Time 9:06 A.M.  To 10:08 A.M.

Case No. 3:24-CV-33, STATE OF TENNESSEE, ET AL  vs.  NATIONAL COLLEGIATE ATHLETIC ASSOCIATION

=====================================================================
The Honorable CLIFTON L. CORKER, U.S. District Judge, Presiding

Courtroom Deputy KIM OTTINGER                    Court Reporter KAREN BRADLEY

**PARTIES**                                      **COUNSEL**

STATE OF TENNESSEE                               DAVID ROSENTHAL
                                                 MARLYN GUIRGUIS
                                                 THOMAS R MCCARTHY
                                                 TYLER CORCORAN
                                                 J. DAVID MCDOWELL
                                                 CAMERON T. NORRIS

COMMONWEALTH OF VIRGINIA                         DAVID ROSENTHAL
                                                 THOMAS MCCARTHY
                                                 TYLER T. HENRY

vs.
CAMERON T. NORRIS

NATIONAL COLLEGIATE ATHLETIC ASSOC.              RAKESH N. KILARU
 Defendants                                      TAYLOR ASKEW

**PROCEEDINGS:**

  RE:  Motion for Temporary Restraining Order Combined with Preliminary Injunction [2]

Statements by the Court

Oral argument by Plaintiffs; Defendant

Order to enter