IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE;<br>COMMONWEALTH OF VIRGINIA,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION,<br><br>    Defendant. | Case No. 3:24-cv-00033-DCLC-DCP |

**JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND**

AND NOW, upon consideration of the Joint Stipulation Requesting Extension of Time to Respond [Doc. 48], it is hereby ORDERED that the motion [**Doc. 48**] is GRANTED.

1. Defendant will have until **May 1, 2024**, to answer or respond to the Complaint.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge