# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE;<br>COMMONWEALTH OF VIRGINIA,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL COLLEGIATE ATHLETIC<br>ASSOCIATION,<br><br>    Defendant. | Case No. 3:24-cv-00033-DCLC-DCP |

## JOINT STIPULATION REQUESTING EXTENSION OF TIME TO AMEND COMPLAINT AND RESPOND AND [PROPOSED ORDER]

WHEREAS, Plaintiffs the State of Tennessee and the Commonwealth of Virginia filed a Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in this action on January 31, 2024;

WHEREAS, this Court denied the temporary restraining order on February 6, 2024;

WHEREAS, this Court held a preliminary injunction hearing on February 13, 2024;

WHEREAS, this Court granted the preliminary injunction on February 23, 2024;

WHEREAS, the parties jointly stipulated to request an extension of the deadline for Defendant, the National Collegiate Athletic Association, to respond to the Complaint by May 1, 2024;

WHEREAS, the Court granted the parties' joint request for an extension on March 26, 2024; and

WHEREAS, Plaintiffs intend to amend their Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure, and Defendant has consented to that amendment.

NOW, THEREFORE, in the interest of efficiency and pursuant to Local Rule 12.1, the parties hereby jointly stipulate and agree that Plaintiffs shall file an Amended Complaint by May 1, 2024, and Defendant shall respond to the Amended Complaint by July 1, 2024, and request that the Court enter an order amending the deadlines accordingly.

Dated: April 12, 2024

Respectfully submitted,

By: */s/ Cameron T. Norris*
Cameron T. Norris
Thomas R. McCarthy
David L. Rosenthal
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
cam@consovoymccarthy.com
tom@consovoymccarthy.com
david@consovoymccarthy.com

Adam K. Mortara
**LAWFAIR LLC**
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Patrick Strawbridge
**CONSOVOY MCCARTHY PLLC**
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Plaintiffs*

Jonathan Skrmetti
Attorney General of Tennessee

Lacey E. Mase
Chief Deputy Attorney General
J. David McDowell
Deputy, Consumer Protection Division
Ethan Bowers
Senior Assistant Attorney General
Tyler T. Corcoran
Marilyn Guirguis
Assistant Attorneys General

**Office of the Attorney General and Reporter**
P.O. Box 20207

By: */s/ Rakesh N. Kilaru*
Rakesh N. Kilaru (*Pro Hac Vice*)
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4000
rkilaru@wilkinsonstekloff.com

Robert E. Boston (Tenn. BPR # 009744)
Taylor J. Askew (Tenn. BPR # 033193)
(*Pro Hac Vice*)
David J. Zeitlin (Tenn. BPR # 037664)
(*Pro Hac Vice*)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
bob.boston@hklaw.com
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Attorneys for Defendant National Collegiate Athletic Association*

Nashville, TN 37202
(615) 741-8722
Ethan.Bowers@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General, Civil Division
Tyler T. Henry
Assistant Attorney General & Manager, Antitrust Unit
Jonathan M. Harrison II
Assistant Attorney General, Consumer Protection

**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 692-0485
THenry@oag.state.va.us
JHarrison@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

## CERTIFICATE OF CONSENT

In accordance with Rule 6 of the ECF Rules & Procedures for the Eastern District of Tennessee, I hereby certify that I have obtained consent for this electronic filing from all signatories listed above.

Dated: April 12, 2024

Respectfully submitted,

By: */s/ Rakesh N. Kilaru*

Rakesh N. Kilaru
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*