IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| STATE OF TENNESSEE, ET AL. | ) | |
|---|---|---|
| | ) | Case No. 3:24-cv-00033-DCLC-DCP |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STIPULATION REQUESTING EXTENSION OF TIME TO RESPOND TO THE AMEND COMPLAINT**

AND NOW, upon consideration of the Joint Stipulation Requesting Extension of Time to Respond to the Amended Complaint, it is hereb**y ORDERED** that the motion is **GRANTED**.

Defendant will have until **September 30, 2024**, to answer or respond to the Amended Complaint.

**IT IS SO ORDERED.**

ENTER:

_/s/ Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge