**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **STATE OF TENNESSEE, ET AL.** | ) | |
| | ) | **Case No. 3:24-cv-00033-DCLC-DCP** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NATIONAL COLLEGIATE ATHLETIC** | ) | |
| **ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION
OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

Upon consideration of the Joint Stipulation Requesting Extension of Time to Respond to the Amended Complaint, it is hereby **ORDERED** that the motion [**Doc. 79**] is **GRANTED**.

Defendant will have until **October 31, 2024**, to answer or respond to the Amended Complaint.

**IT IS SO ORDERED.**

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge