UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| STATE OF TENNESSEE, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) 3:24-CV-00033-DCLC-DCP |
| | ) |
| v. | ) |
| | ) |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The matter is before the Court on the parties' Joint Stipulation Requesting Extension of Time to Respond to the Amended Complaint. [Doc. 81]. The motion is well-taken and **GRANTED.** Defendant will have until **December 2, 2024**, to answer or respond to the Amended Complaint.

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge