**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **STATE OF TENNESSEE, ET AL.** | ) | |
| | ) | **Case No. 3:24-cv-00033-DCLC-DCP** |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | |
| **NATIONAL COLLEGIATE ATHLETIC** | ) | |
| **ASSOCIATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

**JOINT STIPULATION REQUESTING EXTENSION OF TIME**
**TO RESPOND TO THE AMENDED COMPLAINT**

---

WHEREAS, Plaintiffs the State of Tennessee and the Commonwealth of Virginia filed a

Complaint and Motion for Temporary Restraining Order and Preliminary Injunction in this action

on January 31, 2024;

WHEREAS, this Court denied the temporary restraining order on February 6, 2024;

WHEREAS, this Court held a preliminary injunction hearing on February 13, 2024;

WHEREAS, this Court granted the preliminary injunction on February 23, 2024;

WHEREAS, the parties jointly stipulated to request an extension of the deadline for

Defendant, the National Collegiate Athletic Association, to respond to the Complaint by May 1,

2024;

WHEREAS, the Court granted the parties' joint request for an extension on March 26,

2024; and

WHEREAS, the parties jointly stipulated to a request to establish deadlines for Plaintiffs

to amend their Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure by May 1,

2024, and for Defendant to respond to the Amended Complaint by July 1, 2024; and

WHEREAS, the Court granted the parties' joint request to set certain deadlines;

WHEREAS, Plaintiffs filed an Amended Complaint on May 1, 2024, that included the addition of Plaintiffs the State of Florida, the State of New York, and the District of Columbia;

WHEREAS, the parties jointly stipulated to request an extension of the deadline for Defendant, the National Collegiate Athletic Association, to respond to the Amended Complaint by August 30, 2024;

WHEREAS, the Court granted the parties' joint request for an extension on July 1, 2024;

WHEREAS, the parties jointly stipulated to request an extension of the deadline for Defendant, the National Collegiate Athletic Association, to respond to the Amended Complaint by September 30, 2024;

WHEREAS, the Court granted the parties' joint request for an extension on August 29, 2024;

WHEREAS, the parties jointly stipulated to request an extension of the deadline for Defendant, the National Collegiate Athletic Association, to respond to the Amended Complaint by October 31, 2024;

WHEREAS, the Court granted the parties' joint request for an extension on September 30, 2024; and

WHEREAS, the parties jointly stipulated to request an extension of the deadline for Defendant, the National Collegiate Athletic Association, to respond to the Amended Complaint by December 2, 2024;

WHEREAS, this Court held a status conference on November 14, 2024 to discuss the parties' joint request for an extension;

WHEREAS, the Court granted the parties' joint request for an extension on November 14, 2024; and

WHEREAS, the parties continue to meet and confer in light of the developments in *In re College Athlete NIL Litigation*, Case No. 4:20-cv-03919 CW (N.D. Cal.), *Hubbard et al. v. National Collegiate Athletic Association et al.*, Case No. 23-cv-01593 (N.D. Cal.), and *Carter et al. v. National Collegiate Athletic Association et al.*, Case No. 3:23-cv-06325-RS (N.D. Cal.).

NOW, THEREFORE, in the interest of efficiency and pursuant to Local Rule 12.1, the parties hereby jointly stipulate and agree that Defendant shall respond to the Amended Complaint by January 10, 2025, and request that the Court enter an order amending that deadline accordingly. Consistent with the discussions with the Court at the last status conference, the parties anticipate being able to make clear by January 10 whether a resolution is possible.

Dated: December 2, 2024                               Respectfully submitted,


By:  */s/ Cameron T. Norris*                          By:  */s/ Rakesh N. Kilaru*
Cameron T. Norris                                     Rakesh N. Kilaru (*Pro Hac Vice*)
Thomas R. McCarthy                                    **WILKINSON STEKLOFF LLP**
David L. Rosenthal                                    2001 M Street, NW, 10th Floor
**CONSOVOY MCCARTHY PLLC**                            Washington, DC 20036
1600 Wilson Blvd., Suite 700                          (202) 847-4000
Arlington, VA 22201                                   rkilaru@wilkinsonstekloff.com
(703) 243-9423
cam@consovoymccarthy.com                              Robert E. Boston (Tenn. BPR # 009744)
tom@consovoymccarthy.com                              Taylor J. Askew (Tenn. BPR # 033193)
david@consovoymccarthy.com                            (*Pro Hac Vice*)
                                                      David J. Zeitlin (Tenn. BPR # 037664) (*Pro*
Adam K. Mortara                                       *Hac Vice*)
**LAWFAIR LLC**                                       **HOLLAND & KNIGHT LLP**
40 Burton Hills Blvd., Suite 200                      511 Union Street, Suite 2700
Nashville, TN 37215                                   Nashville, TN 37219
(773) 750-7154                                        Telephone: (615) 244-6380
mortara@lawfairllc.com                                bob.boston@hklaw.com
                                                      taylor.askew@hklaw.com
Patrick Strawbridge                                   david.zeitlin@hklaw.com
**CONSOVOY MCCARTHY PLLC**
Ten Post Office Square                                *Attorneys for Defendant National*
8th Floor South PMB #706                              *Collegiate Athletic Association*
Boston, Massachusetts 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Plaintiffs*

Jonathan Skrmetti
Attorney General of Tennessee

Lacey E. Mase
Chief Deputy Attorney General
J. David McDowell
Deputy, Consumer Protection Division
Ethan Bowers
Senior Assistant Attorney General
Tyler T. Corcoran
Marilyn Guirguis
Assistant Attorneys General

**Office of the Attorney General and
Reporter**

4

P.O. Box 20207
Nashville, TN 37202
(615) 741-8722
Ethan.Bowers@ag.tn.gov
Tyler.Corcoran@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

Jason S. Miyares
Attorney General of Virginia

Steven G. Popps
Deputy Attorney General, Civil Division
Tyler T. Henry
Assistant Attorney General & Manager,
Antitrust Unit
Jonathan M. Harrison II
Assistant Attorney General, Consumer
Protection

**Office of the Attorney General**
202 North 9th Street
Richmond, Virginia 23219
(804) 692-0485
THenry@oag.state.va.us
JHarrison@oag.state.va.us

*Counsel for Plaintiff Commonwealth of
Virginia*

Ashley Moody
Attorney General of Florida

*/s/ Colin G. Fraser*
Senior Assistant Attorney General
Genevieve Hall
Special Counsel

**Office of the Attorney General, Antitrust
Division**
PL-01 The Capitol
Tallahassee, Florida 32399-1050
850-414-3300
colin.fraser@myfloridalegal.com
genevieve.hall@myfloridalegal.com

5

*Attorneys for Plaintiff State of Florida*

Letitia James
Attorney General of New York

*/s/ Elinor R. Hoffmann*
Elinor R. Hoffmann
Chief, Antitrust Bureau
Amy McFarlane
Deputy Chief, Antitrust Bureau
Bryan Bloom
Senior Enforcement Counsel, Antitrust Bureau

**New York State Office of the Attorney
General**
28 Liberty Street
New York, Ny 10005
elinor.hoffmann@ag.ny.gov
amy.mcfarlane@ag.ny.gov
bryan.bloom@ag.ny.gov

*Attorneys For Plaintiff State of New York*

Brian L. Schwalb
Attorney General for the District of Columbia

*/s/ Seth Rosenthal*
Seth Rosenthal
Chief Deputy Attorney General

*/s/ Adam Gitlin*
Adam Gitlin**
Chief, Antitrust and Nonprofit Enforcement
Section
**Office of the Attorney General for the
District of Columbia**
400 6th Street NW
Washington, D.C. 20001
202-727-3400
seth.rosenthal@dc.gov
adam.gitlin@dc.gov
cole.niggeman@dc.gov

*Counsel For Plaintiff the District of Columbia*

## CERTIFICATE OF CONSENT

In accordance with Rule 6 of the ECF Rules & Procedures for the Eastern District of Tennessee, I hereby certify that I have obtained consent for this electronic filing from the signatories listed above.

Dated:  December 2, 2024

Respectfully submitted,

By: */s/ Rakesh N. Kilaru*

Rakesh N. Kilaru
**WILKINSON STEKLOFF LLP**
2001 M Street NW, 10th Floor
Washington, DC 20036
Telephone: (202) 847-4000
Facsimile: (202) 847-4005
rkilaru@wilkinsonstekloff.com

*Attorney for Defendant National Collegiate Athletic Association*