**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**

| | |
|---|---|
| **STATE OF TENNESSEE, ET AL.** ) | |
| ) | **Case No. 3:24-cv-00033-DCLC-DCP** |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | |
| ) | |
| **NATIONAL COLLEGIATE ATHLETIC** ) | |
| **ASSOCIATION,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER GRANTING JOINT STIPULATION REQUESTING EXTENSION**
**OF TIME TO RESPOND TO THE AMENDED COMPLAINT**

AND NOW, upon consideration of the Joint Stipulation Requesting Extension of Time

to Respond to the Amended Complaint [Doc. 84], it is hereby **ORDERED** that the motion is

**GRANTED**.

Defendant will have until **January 10, 2025**, to answer or respond to the Amended

Complaint.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge