UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| STATE OF TENNESSEE and COMMONWEALTH OF VIRGINIA, | ) ) ) | |
| Plaintiffs, | ) ) | 3:24-CV-00033-DCLC-DCP |
| v. | ) ) | |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, | ) ) ) | |
| Defendant. | ) ) | |

## ORDER

The Court conducted a status conference in this matter on January 23, 2025. As discussed at the status conference, the parties shall file a status report with the Court by **January 31, 2025.**

**SO ORDERED:**

s/ Clifton L. Corker
United States District Judge