# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| STATE OF TENNESSEE, ET AL. ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> NATIONAL COLLEGIATE ATHLETIC ) <br> ASSOCIATION, ) <br> ) <br> Defendant. ) | Case No. 3:24-cv-00033-DCLC-DCP |

## JOINT STATUS REPORT

The parties have reached a settlement in principle and have signed a term sheet. The parties will finalize the settlement, which will include a request for a permanent injunction, by March 17, 2025.

Dated: January 31, 2025

Respectfully submitted,

By: _/s/ Cameron T. Norris_

JONATHAN SKRMETTI
ATTORNEY GENERAL OF TENNESSEE

LACEY E. MASE
Chief Deputy Attorney General

J. DAVID MCDOWELL
Deputy, Consumer Protection Division
ETHAN BOWERS*
Senior Assistant Attorney General
TYLER T. CORCORAN*
MARILYN GUIRGUIS*
Assistant Attorneys General
Office of the Attorney General and Reporter
P.O. Box 20207
Nashville, TN 37202
(615) 741-8722
Ethan.Bowers@ag.tn.gov
Tyler.Corcoran@ag.tn.gov
Marilyn.Guirguis@ag.tn.gov

By: _/s/ Rakesh N. Kilaru_

Rakesh N. Kilaru*
**WILKINSON STEKLOFF LLP**
2001 M Street, NW, 10th Floor
Washington, DC 20036
(202) 847-4000
rkilaru@wilkinsonstekloff.com

Robert E. Boston (Tenn. BPR # 009744)
Taylor J. Askew* (Tenn. BPR # 033193)
David J. Zeitlin* (Tenn. BPR # 037664)
**HOLLAND & KNIGHT LLP**
511 Union Street, Suite 2700
Nashville, TN 37219
Telephone: (615) 244-6380
bob.boston@hklaw.com
taylor.askew@hklaw.com
david.zeitlin@hklaw.com

*Counsel for Defendant*

*Admitted pro hac vice*

Cameron T. Norris
Thomas R. McCarthy*
David L. Rosenthal*
**CONSOVOY MCCARTHY PLLC**
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
(703) 243-9423
cam@consovoymccarthy.com
tom@consovoymccarthy.com
david@consovoymccarthy.com

Adam K. Mortara
**LAWFAIR LLC**
40 Burton Hills Blvd., Suite 200
Nashville, TN 37215
(773) 750-7154
mortara@lawfairllc.com

Patrick Strawbridge*
**CONSOVOY MCCARTHY PLLC**
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
(617) 227-0548
patrick@consovoymccarthy.com

*Counsel for Plaintiff Tennessee*

JASON S. MIYARES
ATTORNEY GENERAL OF VIRGINIA

STEVEN G. POPPS
Chief Deputy Attorney General

 /s/ Tyler T. Henry 
TYLER T. HENRY*
Assistant Attorney General & Manager,
Antitrust Unit

 /s/ Jonathan M. Harrison II 
JONATHAN M. HARRISON II*
Assistant Attorney General
Consumer Protection Section

Office of the Attorney General
202 North Ninth St.
Richmond, VA 23219
(804) 786-2071

thenry@oag.state.va.us
jharrison@oag.state.va.us

*Counsel for Plaintiff Virginia*

JOHN GUARD
ACTING ATTORNEY GENERAL OF FLORIDA

 /s/ *Lizabeth A. Brady*
LIZABETH A. BRADY
Director, Antitrust Division
GENEVIEVE HALL*
Special Counsel
COLIN G. FRASER*
Assistant Attorney General

Office of the Attorney General, Antitrust Div.
PL-01 The Capitol
Tallahassee, Florida 32399-1050
850-414-3300
Liz.Brady@myfloridalegal.com
Genevieve.Hall@myfloridalegal.com
Colin.Fraser@myfloridalegal.com

*Attorneys for Plaintiff Florida*

LETITIA JAMES
ATTORNEY GENERAL OF NEW YORK

CHRISTOPHER D'ANGELO
Chief Deputy Attorney General, Economic Justice Division

 /s/ *Elinor R. Hoffmann*
ELINOR R. HOFFMANN*
Chief, Antitrust Bureau
AMY MCFARLANE*
Deputy Chief, Antitrust Bureau
BRYAN BLOOM*
Senior Enforcement Counsel, Antitrust Bureau

New York State Office of the Attorney General
28 Liberty Street
New York, NY 10005
Elinor.Hoffmann@ag.ny.gov
Amy.McFarlane@ag.ny.gov

Bryan.Bloom@ag.ny.gov

*Attorneys for Plaintiff New York*

BRIAN L. SCHWALB
ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

 /s/ *Seth Rosenthal*
SETH ROSENTHAL*
Chief Deputy Attorney General

 /s/ *Adam Gitlin*
ADAM GITLIN*
Chief, Antitrust and Nonprofit Enforcement Section

Office of the Attorney General for the District of Columbia
400 6th Street NW
Washington, D.C. 20001
202-727-3400
Seth.Rosenthal@dc.gov
Adam.Gitlin@dc.gov
Cole.Niggeman@dc.gov

*Counsel for Plaintiff District of Columbia*

# CERTIFICATE OF SERVICE

I e-filed this document on January 31, 2025, which emailed everyone requiring service.

 /s/ *Cameron T. Norris*